IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JOSIAH JOHNSON, et al., | § |
| | § |
| Plaintiffs, | § |
| | § |
| v. | § Civil Action No. 4:25-CV-00003-O |
| | § |
| JEREMIAH JOHNSON, et al., | § |
| | § |
| Defendants. | § |

## ORDER

Before the Court is Plaintiffs' Motion to Amend Order Based on Joint Agreed Stipulation. ECF No. 11. The Court **GRANTS** the Motion. Accordingly, Defendants' deadline to answer or otherwise respond to Plaintiffs' Complaint is extended up to and including **February 14, 2025**.

**SO ORDERED** on this **13th day of February, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE